FILED
CLERK, U.S. DISTRICT COURT

July 2, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON L. BLACKBURN,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC RETRIEVAL, LLC,<br><br>Defendant. | Case No. 2:20-cv-03874-JAK-GJS<br><br>**ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, Cameron L. Blackburn ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd. having filed with this Court his Notice of Voluntary Dismissal with prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: July 2, 2020.

_____
Judge, John Kronstadt U.S. District Court